# Court of Appeals
# of the State of Georgia

ATLANTA,  May 31, 2019

*The Court of Appeals hereby passes the following order:*

**A19A1974.  KATIE RENEE PYLES v. THE STATE.**

Katie Renee Pyles pleaded guilty to several offenses, including two counts of homicide by vehicle.  She subsequently filed a motion to modify sentence.  The trial court denied the motion on September 27, 2018, and Pyles filed a notice of appeal on November 6, 2018. We lack jurisdiction because the notice of appeal was not timely filed.

A notice of appeal must be filed within 30 days of entry of the order sought to be appealed. OCGA § 5-6-38 (a).  The proper and timely filing of a notice of appeal is an absolute requirement to confer jurisdiction on this Court. *Rowland v. State*, 264 Ga. 872, 872 (1) (452 SE2d 756) (1995).  Because Pyles filed her notice of appeal 40 days after entry of the trial court's order, her appeal is untimely, and it is hereby DISMISSED for lack of jurisdiction.



Court of Appeals of the State of Georgia
    Clerk's Office, Atlanta,  05/31/2019
    *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
        *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ , *Clerk.*